# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

## JULY 11, 1980

IN THE MATTER OF KENNEDY. (Docket No. 65374.) Leave to appeal denied. Pursuant to this Court's authority under GCR 1963, 971.5, we reduce appellant's suspension of 121 days to the time served on the date this order is certified. *Louis Rosenzweig,* Counsel to Grievance Administrator. *Kenneth A. Webb* for appellant.

## JULY 15, 1980

CITY OF DETROIT v DETROIT POLICE OFFICERS ASSOCIATION. (Docket No. 63929.) Rehearing denied. *George W. Crockett, Jr.,* Acting Corporation Counsel, *Sylvester Delaney,* Deputy Corporation Counsel, *William A. Saxton,* Special Assistant Corporation Counsel, and *William Dietrich* and *Michael A. Hurvitz,* Assistants Corporation Counsel, for plaintiff-appellant. *Gregory, Van Lopik, Korney & Moore* for defendant-appellee. Reported at 408 Mich 410.

COLEMAN, C.J., and LEVIN and KAVANAGH, JJ., would grant rehearing.

TOUSSAINT v BLUE CROSS & BLUE SHIELD OF MICHIGAN. (Docket No. 60917.) Rehearing denied. *Gottlieb & Goren, P.C.,* for plaintiff-appellant. *Long, Preston, Kinnaird & Avant* and *Charles Looman,* Assistant General Counsel-Labor, for defendant-appellee. Reported at 408 Mich 579.

## JULY 23, 1980

PEOPLE v MAJOR. (Docket No. 62316.) Opinion reported at 407 Mich 394 adhered to on reconsideration. The stay of proceedings previously entered is dissolved. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attor-